# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK KERZICH, et al., | Case No. 1:16-cv-01116-DAD-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO AMEND SCHEDULING ORDER AND AMENDED SCHEDULING ORDER |
| v. | |
| COUNTY OF TUOLUMNE, | (ECF No. 43) |
| Defendant. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the November 1, 2016 scheduling order is AMENDED as follows:

1. Deadline for expert disclosure:            October 11, 2017

2. Deadline for supplemental expert disclosure:     October 30, 2017

3. Deadline to complete expert discovery:        November 13, 2017

4. All other aspects of the November 1, 2016 scheduling order remain in effect.

IT IS SO ORDERED.

Dated:   **August 22, 2017**

_____
UNITED STATES MAGISTRATE JUDGE