# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK KERZICH, et al., | Case No. 1:16-cv-01116-DAD-SAB |
| Plaintiffs, | ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR APPROVAL OF SETTLEMENT OF COLLECTIVE ACTION |
| v. | |
| COUNTY OF TUOLUMNE, | (ECF No. 52) |
| Defendant. | Deadline: February 2, 2018 |

On July 28, 2016, Plaintiffs Mark Kerzich and Timothy Wertz, on behalf of themselves and all similarly situated individuals, filed this action. On October 2, 2017, Magistrate Judge Barbara A. McAuliffe conducted a settlement conference during which the parties determined that expert damage reports needed to be exchanged before further discussions and the settlement conference was continued to October 23, 2017. On October 23, 2013, Judge McAuliffe conducted a settlement conference during which the parties were able to reach agreement and this action settled.

At the request of Judge McAuliffe, on January 18, 2018, Defendant filed a status report indicating that motion for preliminary approval of the settlement of the collective action should be filed no later than February 2, 2018.

Accordingly, IT IS HEREBY ORDERED that the motion for preliminary approval of the collective action settlement shall be filed on or before February 2, 2018; and a hearing shall be

set before District Judge Dale A. Drodz pursuant to the Local Rules of the Eastern District of California.

IT IS SO ORDERED.

Dated:   **January 23, 2018**

UNITED STATES MAGISTRATE JUDGE