# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK KERZICH, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF TUOLUMNE,<br><br>    Defendant. | Case No. 1:16-cv-01116-DAD-SAB<br><br>ORDER DIRECTING CLERK OF COURT OT TERMINATE ACTION AS TO PLAINTIFFS SHARON BEUTTLER, LYNDA JOHNSON, AND ELIZABETH NADOLNY ONLY<br><br>(ECF No. 53 |

On July 28, 2016, Plaintiffs Mark Kerzich and Timothy Wertz, on behalf of themselves and all similarly situated individuals, filed this collective action. On January 23, 2018, Plaintiffs Sharon Beuttler, Lynda Johnson, and Elizabeth Nadolny filed a stipulation dismissing their actions with prejudice. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice as to Plaintiffs Sharon Beuttler, Lynda Johnson, Elizabeth Nadolny only.

IT IS SO ORDERED.

Dated: **January 24, 2018**

                                                  UNITED STATES MAGISTRATE JUDGE