# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK KERZICH, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF TUOLUMNE,<br><br>        Defendant. | Case No. 1:16-cv-01116-DAD-SAB<br><br>ORDER REQUIRING PARTIES TO FILE A MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT OR NOTICE THAT MATTER HAS NOT SETTLED<br><br>(ECF No. 69)<br><br>DEADLINE: OCTOBER 29, 2018 |

On September 5, 2018, United States Magistrate Judge Barbara A. McAuliffe conducted a settlement conference with the parties during which they negotiated a proposed settlement. The proposed settlement is to be presented to the Board on the September 18, 2018 board meeting. (ECF No. 69.) Accordingly, IT IS HEREBY ORDERED that on or before October 29, 2018, the parties shall either file a motion for preliminary approval of the settlement or a notice that the action has not settled so that a scheduling conference can be set in the action.

IT IS SO ORDERED.

Dated: **September 6, 2018**

                                             UNITED STATES MAGISTRATE JUDGE

1