## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MARK KERZICH, ET AL.,**

CASE NO: **1:16–CV–01116–DAD–SAB**

v.

**COUNTY OF TUOLUMNE,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/19/2019**

**Marianne Matherly**
Clerk of Court

ENTERED: **April 19, 2019**

by: /s/ C. Marrujo
Deputy Clerk